# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re: **AARON NICOLE HENDRICKSON**　　　　　　　　　　Case # 11-32278
　　　　**TED EDWARD HENDRICKSON**
Debtor(s)

## REPORT BY TRUSTEE OF COMPLETION OF PLAN PAYMENTS

　　　　NOW COMES the Chapter 13 Trustee herein, Suzanne E. Wade, and certifies to the Court that the debtors have completed their plan payments pursuant to the confirmed plan in this case and are entitled to receive their discharge at this time pursuant to Sec. 1328(a) of the Bankruptcy Code.  Your trustee will proceed to close this case and file her "Final Report And Account" upon the clearing of all outstanding checks.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　**/s/Suzanne E. Wade**
　　　　　　　　　　　　　　　　　　　　　　Suzanne E. Wade
　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

**Dated:**　**MARCH 30, 2015**